### 13560.   SMITH *v.* THE STATE.

BROYLES, C. J.   1.   The several exceptions to the charge of the court,
when considered in the light of the entire charge and the facts of the
case, are without substantial merit.

2. The verdict was authorized by the evidence, and the court did not err
in overruling the motion for a new trial.

> *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*
>                 DECIDED JULY ·11, 1922.

Indictment for burglary; from Fulton superior court — Judge
Humphries. April 15, 1922.

*G. N. Bynum,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens,* contra.